1 | Ronald Wilcox, Attorney at Law SBN 176601
2 | 2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
3 | Fax: (408) 296-0486
4 | Email: ronaldwilcox@yahoo.com

5 | Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
6 | 1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
7 | Tel: (831) 421-0200
Fax: (831) 621-9659
8 | Email: letonalaw@gmail.com

9 | Attorneys for Plaintiff
10 | THOMAS H. VOGTMAN

*E-FILED - 12/4/08*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION

THOMAS H. VOGTMAN,
            Plaintiffs,
v.

J&L COLLECTION SERVICES, INC., dba
J&L TEAMWORKS, ANTERIO "TONY"
PARCHMAN, WESLEY PATTON and
DOES 1-10, inclusive,
            Defendant(s).

Case No. 08-03917 RMW HRL

STIPULATION TO AMEND
COMPLAINT AND [PROPOSED]
ORDER

The parties hereby stipulate to Amend the Complaint. The amended complaint is attached as **Exhibit 1**, and will be e-filed separately on the Court's docket. Thus, the parties request the Court enter the attached Order allowing the Amended Complaint.

Date:

*Wendy Vierra* (signature)
Wendy Vierra/Counsel for Defendants

1

Date: 11/26/08

_____
Ronald Wilcox, Counsel for Plaintiff

## [~~Proposed~~] ORDER

Pursuant to the stipulation of the parties, the Court hereby allows Plaintiff to file an Amended Complaint.

**IT IS SO ORDERED.**

Date: 12/4/08

_____
RONALD M. WHYTE, U.S. DISTRICT JUDGE