Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

*E-FILED - 12/17/08*

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| THOMAS VOGTMAN, | CIV. NO. C08-03917 RMW HRL |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and [] ORDER |
| J&L COLLECTION SERVICES, INC. dba J&L TEAMWORKS, TONY MIRABAL, WESLEY DOE AND DOES 1-10, inclusive | Date: December 19, 2008 Time: 10:30 p.m. HON. RONALD M. WHYTE |
| Defendants. | |

The parties are attempting to resolve this matter, and have stipulated to mediate this matter through the Court's Alternative Dispute Resolution Program. (the Court has already entered an order to mediate on December 4, 2008). Doc #15.

The parties respectfully request the Court continue the December 19, 2008, Case Management Conference for 90 days. The parties will conduct discovery in accordance with the F.R.C.P.

Dated:  December 11, 2008           /s/Ronald Wilcox_____
                                    Ronald Wilcox, Counsel for Plaintiff

Dated:  December 11, 2008           /s/Wendy Vierra_____
                                    Wendy Vierra, Counsel for Defendants

- 2 -

1
2          **[] ORDER**
3
    The Court's adopts the stipulation of the parties.  The December 19, 2008 Case
4
  Management Conference is hereby continued to  March 20, 2009 at 10:30 a.m. .
5
6  IT IS SO ORDERED.
7
8  *Ronald M. Whyte*                              Dated: 12/17/08
   _____
   HON. RONALD M. WHYTE
9  U.S. DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28