1 | Mark E. Ellis – 127159
Wendy Vierra – 210058
2 | Jeffrey J. Whitelaw - 182869
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
3 | 555 University Avenue, Suite 200 East
Sacramento, CA 95825
4 | Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for
DEFENDANT J&L COLLECTION SERVICES, INC., DBA J&L TEAMWORKS

# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS H. VOGTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>J&L COLLECTION SERVICES, INC., DBA J&L TEAMWORKS, TONY MIRABAL, WESLEY DOE AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No.: 08-03917 RMW<br><br>[~~PROPOSED~~] *WDB* ORDER GRANTING TELEPHONIC APPEARANCE AT MEDIATION<br><br>DATE:     March 10, 2009<br>TIME:     11:00 a.m.<br>MEDIATOR: Thomas LoSavio |

The Court hereby grants Defendants' request and orders that its carrier representative, David Haggarty, is excused from personal appearance at the March 10, 2009 mediation session. J&L Teamworks, Inc.'s carrier is required to be immediately available by telephone for the duration of the mediation session.

IT IS SO ORDERED.

Date: 3/4, 2009

/s/ Wayne D. Brazil
WAYNE BRAZIL
Magistrate Judge
United States District Court

- 1 -

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE AT MEDIATION