Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

*E-FILED - 3/17/09*

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THOMAS VOGTMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>J&L COLLECTION SERVICES, INC. dba J&L TEAMWORKS, TONY MIRABAL, WESLEY DOE AND DOES 1-10, inclusive<br><br>            Defendants. | CIV. NO.  C08-03917 RMW HRL<br><br>REQUEST TO CONTINUE 3/20/09 CMC FOR 4 WEEKS and [] ORDER<br><br><br>Date:  March 20, 2009<br>Time: 10:30 p.m.<br>HON. RONALD M. WHYTE |

    The parties have reached a resolution of this matter with the assistance of the Court's ADR Unit. The parties expect to be filing a stipulation to dismiss the matter within 4 weeks. Thus, Plaintiff respectfully requests the March 20, 2009 Case Management Conference be continued for 4 weeks.

Dated:  March 15, 2009                      /s/Ronald Wilcox
                                                    Ronald Wilcox, Counsel for Plaintiff

**[] ORDER**

The March 20, 2009 Case Management Conference is hereby continued to April 24, 2009. If the settlement is final, the parties are directed to file a dismissal with the court by April 17, 2009, and notify the Clerk, so as to take the matter off calendar. (rmw)

IT IS SO ORDERED.

_____  Dated: 3/17/09
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE