
Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**\*E-FILED - 4/21/09\***

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| THOMAS VOGTMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J&L COLLECTION SERVICES, INC. dba J&L TEAMWORKS, TONY MIRABAL, WESLEY DOE AND DOES 1-10, inclusive<br>　　　　Defendants. | CIV. NO.  C08-03917 RMW HRL<br><br>**JOINT STIPULATION TO DISMISS and [~~RROPOSED~~] ORDER** |

The parties have resolved this matter and request the Court dismiss this action with prejudice.

Dated: 4/8/09

_/s/ Ronald Wilcox_
Ronald Wilcox, Counsel for Plaintiff

Dated: 4/7/09

_/s/ Jeffrey Whitelaw_
Jeffrey Whitelaw, Counsel for Defendants
J&L Collection Services, Inc. and Wesley Patton

- 1

## [PROPOSED] ORDER

Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with prejudice.

Date: 4/21/09

*Ronald M. Whyte*
HON. RONALD M. WHYTE
U.S. DISTRICT JUDGE